IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CARLOS A. SANCHEZ-MARTINEZ,

    Petitioner,

  vs.                      Civil Action 2:07-CV-976
                            Judge Marbley
                            Magistrate Judge King

STATE OF OHIO,

    Respondent.

## ORDER

On December 4, 2008, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the petition be dismissed. Doc. No. 8. The petitioner was specifically advised of his right to object to the *Report and Recommendation* and of the consequences of his failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** This action is hereby **DISMISSED.**

**The Clerk shall enter FINAL JUDGMENT.**

                                    *s/Algenon L. Marbley*
                                     Algenon L. Marbley
                               United States District Judge