# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

**CARLOS A. SANCHEZ-MARTINEZ,**

       Petitioner,

vs.                          Civil Action 2:07-CV-976
                                Judge Marbley
                                Magistrate Judge King

**STATE OF OHIO,**

       Respondent.

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the March 3, 2009 Order, the Report and Recommendation is ADOPTED and AFFIRMED. This action is DISMISSED.

Date: **March 3, 2009**                  **James Bonini, Clerk**

                                              s/Betty L. Clark
                                              Betty L. Clark/Deputy Clerk